

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/18/2015 7:26:56 PM

CHRISTOPHER A. PRINE
Clerk